UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MAXWELL SMITH ET AL** | **:** | **CASE NO. 2:21-CV-04402 LEAD** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **URBAN OIL & GAS GROUP L L C ET AL** | **:** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

The Report and Recommendation [doc. 67] of the Magistrate Judge having been considered, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff Maxwell Smith's *Motion for Leave to File First Amended Complaint for Damages* [doc. 50] be and is hereby **GRANTED** and that *Defendants' Motion to Strike Plaintiffs' Jury Demands* [doc. 56] be and is hereby **DENIED.**

**IT IS FURTHER ORDERED** that on or before May 6, 2024, movant Maxwell Smith shall file a corrected amended pleading that clarifies the capacity in which he now proceeds via the amended complaint, and specifically clarifies whether the amended complaint brings any claims on behalf of minor child, TDS, in light of Lenora Day's recent dismissal of claims brought on her own behalf and on behalf of minor child TDS.  Docs. 62, 63.

**THUS DONE AND SIGNED** in Chambers on the 22nd day of April, 2024.

*[signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**