**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **LENORA DAY** | **CASE NO.  2:21-CV-04402 LEAD** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **URBAN OIL & GAS GROUP L L C ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the Court is a Report and Recommendation [Doc. 112] of the Magistrate Judge, recommending that the Motion for Leave to Intervene [doc. 108] be denied.

The Report and Recommendation of the Magistrate Judge having been considered together with the Objections to Report and Recommendations [doc. 113], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct;

**IT IS ORDERED** that the Motion for Leave to Intervene [doc. 108] filed by Egenberg APLC be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 17th day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

1